MAGISTRATE JUDGE GRIFFIN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. _John J. Sonday_, No. _3:07-00177_

ATTORNEY FOR GOVERNMENT: _Trey Hester_

ATTORNEY FOR DEFENDANT: _David Raybin_

INTERPRETER NEEDED?   YES   NO   LANGUAGE/INTERPRETER: _____
☐ PRESENT   ☐ ON TELEPHONE

☐ **INITIAL APPEARANCE**

☐ DEFENDANT ARRESTED ON: _____
☐ DEFENDANT APPEARED ON A SUMMONS

DEFENDANT HAS A COPY OF:
☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
☐ Defendant advised of the charges and the maximum penalties
☐ Defendant has a copy of notice of rights
☐ Defendant advised of right to counsel                    ☐ Counsel retained
☐ Defendant sworn and financial affidavit filed            ☐ FPD Appointed
☐ Defendant advised of right to silence
☐ Defendant advised of right to identity hearing
☐ Defendant advised of right to preliminary hearing
☐ Government moved for detention                           ☐ Defendant in state/federal custody
☐ Defendant temporarily detained                           ☐ ICE detainer on defendant
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant remains on current conditions of supervised release
☐ Defendant released on:
   ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
   ☐ Appearance bond in the amount of: _____
   ☐ Property bond [description of property]: _____
   ☐ Performance bond [as set out in conditions of release]

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]

☐ **ARRAIGNMENT**          ☐ **ARRAIGNMENT ON SUPERSEDING**
   ☐ Defendant acknowledges he/she has copy of Indictment/Information
   ☐ Indictment/Information read to defendant by Judge   ☐ Defendant waives reading thereof
   **PLEA:** ☐ **GUILTY**   ☐ **NOT GUILTY**
   ☐ Defendant intends to plead guilty and case referred to District Judge
   ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
   ☐ Written plea agreement/filed in open Court      ☐ Oral plea agreement
   ☐ Guilty plea:       ☐ Accepted          ☐ Rejected         ☐ Taken under advisement

☐ **IDENTITY HEARING**
   ☐ Held, defendant found to be person named in warrant
   ☐ Held, defendant found NOT to be person named in warrant and released
   ☐ Waived in open Court

DATE: _12-13-07_          TOTAL TIME: _44 min_
BEGIN TIME: _1:54_        END TIME: _2:38_
TAPE NO.(S) _G2007-132_

Form Revised 7/5/2007                    Page 1 of _2_

Case 3:07-cr-00177   Document 9   Filed 12/13/07   Page 1 of 2 PageID #: 12

☐ **PRELIMINARY HEARING**
    ☐ Held to answer/bound over    ☐ Discharged from custody
    ☐ Held to answer in District of Prosecution
    ☐ Defendant reserved right to have hearing in District of Prosecution
    ☐ Defendant waived preliminary hearing

☐ **DETENTION HEARING**
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____    ☐ Defendant released on [date]: _____
    ☐ Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☐ Defendant detained, order to enter    ☐ ICE detainer pending
    ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER**

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

~~Preliminary/Detention/Arraignment hearing CONTINUED TO:~~ Sentencing set: Thurs., March 6, 2008 @ 1:00

**NOTES/EVIDENTIARY MATTERS/SENTENCING:** (Witnesses, Exhibits, Attach W/Ex List if necessary)

Plea Petition signed by ∆ & counsel
∆ sworn by Ct & questioned
∆ has copy of Info.
Plea Agreement provided to Ct
All of $94,000 Restitution has bee pd
S/A of $25 to be pd today
Guideline recc. is
facts by SA ~~Douglas Rodney~~ Geaslay — Criv. Investigative Service = Defense
Plea of Guilty — entered by Ct.