UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-00177 |
| ) | JUDGE GRIFFIN |
| JOHN JOSEPH SONDAY ) | |

**MOTION TO RESET MARCH 6, 2008 SENTENCING HEARING**

The sentencing hearing in the above-styled matter is scheduled for 1:00 p.m. on March 6, 2008. The undersigned counsel has a Parole Hearing which has just been scheduled for March 6, 2008 at 8:30 a.m. in Tiptonville, Tennessee. To have the parole hearing and to allow time to return to Nashville it would not be possible to back in this Court at 1:00 p.m. on March 6, 2008. It is not possible to alter the date for the Parole Hearing because they are only scheduled once a month at that institution. The prisoner is serving a life sentence and members of his family are traveling from California to attend his Parole Hearing. It is imperative that counsel be at his client's Parole Hearing given the gravity of the life sentence and the various issues involved. The Parole Hearing client is a client of long standing (as is Mr. Sonday) and counsel obviously needs to be present to represent both clients effectively at the appropriate time. Counsel does not want to inconvenience the Court by being late to the sentencing hearing. For this reason, counsel would respectfully request that the Court shift the date earlier to March 3, 4, or later, to the afternoon of March 7, all day on March 10, 11, 12, 13, 14, 18, 19, 20, 21, 24, 25, 26,

1

27, or 28. Counsel respectfully requests that the matter be continued to another date and time as set forth above. Counsel regrets the necessity of filing this request for an alternative date but such is absolutely necessary and trusts that this early request will not inconvenience the Court or the government.

>Respectfully submitted,
>
>*Hollins, Wagster, Weatherly & Raybin, P. C.*
>
>s/David L. Raybin
>David L. Raybin, BP #3385
>Attorney for Mr. John Sonday
>Fifth Third Center, Suite 2200
>424 Church Street
>Nashville, Tennessee 37219
>(615) 256-6666

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2008, the foregoing document has been forwarded as follows:

Hilliard H. Hester, III
Office of the United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203-3870
(615) 736-5151
Hilliard.hester@usdoj.gov

Adam Hersh
U. S. Probation Officer
Middle District of Tennessee
110 Ninth Avenue South
Suite A-725
Nashville, Tennessee 37203-3899
615-736-5771
Via U.S. Mail Only

s/David L. Raybin