UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:07-00177 |
| v. | ) | Magistrate Judge Griffin |
| | ) | |
| JOHN J. SONDAY | ) | |

## POSITION OF THE DEFENDANT WITH RESPECT TO SENTENCING FACTORS

The defendant believes that the sentencing report is correct in every respect, and there are no objections to same.

                              Respectfully submitted,

                              HOLLINS, WAGSTER,
                              WEATHERLY & RAYBIN, P.C.

                              //s// David Raybin

                              David L. Raybin, BPR No. 3385
                              Fifth Third Center, Suite 2200
                              424 Church Street
                              Nashville, Tennessee 37219
                              (615) 256-6666

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2008, the foregoing document has been forwarded as follows:

Hilliard H. Hester, III
Office of the United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203-3870
(615) 736-5151
**Hilliard.hester@usdoj.gov**

Adam Hersh
U. S. Probation Officer
Middle District of Tennessee
110 Ninth Avenue South
Suite A-725
Nashville, Tennessee 37203-3899
615-736-5771
Via U.S. Mail Only


       //s//David L. Raybin