MAGISTRATE JUDGE GRIFFIN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. _John J. Sonday_, No. _3:07-00177_

ATTORNEY FOR GOVERNMENT: _Trey Hester_

ATTORNEY FOR DEFENDANT: _David Raybin_

INTERPRETER NEEDED? YES NO   LANGUAGE/INTERPRETER: _____
☐ PRESENT   ☐ ON TELEPHONE

☐ **INITIAL APPEARANCE**

☐ DEFENDANT ARRESTED ON: _____
☐ DEFENDANT APPEARED ON A SUMMONS

DEFENDANT HAS A COPY OF:
☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
☐ Defendant advised of the charges and the maximum penalties
☐ Defendant has a copy of notice of rights
☐ Defendant advised of right to counsel                       ☐ Counsel retained
☐ Defendant sworn and financial affidavit filed               ☐ FPD Appointed
☐ Defendant advised of right to silence
☐ Defendant advised of right to identity hearing
☐ Defendant advised of right to preliminary hearing
☐ Government moved for detention                              ☐ Defendant in state/federal custody
☐ Defendant temporarily detained                              ☐ ICE detainer on defendant
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant remains on current conditions of supervised release
☐ Defendant released on:
  ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
  ☐ Appearance bond in the amount of: _____
  ☐ Property bond [description of property]: _____
  ☐ Performance bond [as set out in conditions of release]

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]

☐ **ARRAIGNMENT**       ☐ **ARRAIGNMENT ON SUPERSEDING**
☐ Defendant acknowledges he/she has copy of Indictment/Information
☐ Indictment/Information read to defendant by Judge   ☐ Defendant waives reading thereof
**PLEA:** ☐ GUILTY   ☐ NOT GUILTY
☐ Defendant intends to plead guilty and case referred to District Judge
☐ Misdemeanor - defendant consented to trial before Magistrate Judge
☐ Written plea agreement/filed in open Court      ☐ Oral plea agreement
☐ Guilty plea:      ☐ Accepted      ☐ Rejected      ☐ Taken under advisement

☐ **IDENTITY HEARING**
☐ Held, defendant found to be person named in warrant
☐ Held, defendant found NOT to be person named in warrant and released
☐ Waived in open Court

DATE: _3/4/08_                   TOTAL TIME: _40 mins_
BEGIN TIME: _1:29_               END TIME: _2:09_
TAPE NO.(S) _G2008-044_

Form Revised 1/4/2008                   Page 1 of _2_

Case 3:07-cr-00177    Document 15    Filed 03/04/08    Page 1 of 2 PageID #: 40

UNITED STATES OF AMERICA v. John J. Sorday    NO. 3:07-00177

☐ **PRELIMINARY HEARING**
    ☐ Held to answer/bound over    ☐ Discharged from custody
    ☐ Held to answer in District of Prosecution
    ☐ Defendant reserved right to have hearing in District of Prosecution
    ☐ Defendant waived preliminary hearing

☐ **DETENTION HEARING**
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____    ☐ Defendant released on [date]: _____
    ☐ Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☐ Defendant detained, order to enter    ☐ ICE detainer pending
    ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER**

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

Preliminary/Detention/Arraignment hearing CONTINUED TO: _____

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)

Sent - 5 mos in jail + 5 mos of home confinement (supervised release)
findings adopted & guidelines accepted
Plea agreement accepted as set out
Rest. $94,000.00 - already pd
S/A $25
Costs of supervision $294.60 - pd before conclusion of 5 mos. supervision
fine $3000 to be pd within 10 days - by 3/17/08
Standard Conditions explained - no drug treatment
firearms as set out
No costs of incarceration to be pd by ∆
Def. to report on or before 4/21/08

Deft advised of rt to appeal